ARTHUR PERKOFF and Another, Doing Business under the Professional Name and Style of PAGE & GRAY, Appellants, v. NEWS SYNDICATE Co., INC., a Domestic Corporation, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

ADAM SANTINI, Respondent, v. PIETRO MARTINI and Others, Doing Business under the Firm Name and Style of SANTINI MOVING AND EXPRESS COMPANY, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

OTTO EIRICH, Respondent, v. SHUBERT THEATRICAL COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK MAUSER.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH PITEO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH ROSS.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

BIRD S. COLER, as Commissioner of Public Charities of the City of New York, v. LOUIS GREENSPAN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ARTHUR S. COURTIN v. EMPIRE PRODUCE AND EXPORT COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present —Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JOSEPH INERFIELD and Another v. CHATHAM AND PHENIX NATIONAL BANK OF THE CITY OF NEW YORK.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ARTHUR M. SANSON v. ROYAL INDEMNITY COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ANDRE E. RUEFF v. ADELINA M. SLOOG, Individually, etc., and Another.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

CHARLES SEGALL v. ALFRED H. FRIEDMAN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ABRAHAM SCHAAP and Others v. CHARLES WILLIAM STORES.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FRITZ VELANTINE HEIM v. STALLFORTH & Co., INC.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

STONEMOR REALTY COMPANY v. ISAAC BEYDA.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

GLEN R. PATTON v. ARNOLD HOFFMAN & COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.